IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICKY M. GUERRA** | : | CIVIL ACTION |
| as the administrator of the estate of | : | |
| **Amelia V. Guerra,** | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **BRIARLEAF NURSING AND** | : | |
| **CONVALESCENT, INC.,** | : | NO.  17-1952 |
| *Defendant.* | : | |

**O R D E R**

**AND NOW, TO WIT:**  This 23rd day of May, 2018, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

S/Shelli L. MacElderry
Shelli L. MacElderry for
Rose A. Barber
Deputy Clerk - Civil
For Judge Gene E.K. Pratter
267-299-7352

Copies sent by ECF to:
Andrew Rozynski
Brittany Shrader
Eric Baum
Sagar Shah
Jeffrey I. Pasek
Anna B. Will Kentz
Debra S. Friedman